UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TROY M. KING, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1580** |
| **LOUISIANA STATE, ET AL.** | **SECTION "S" (4)** |

### O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Troy M. King's 42 U.S.C. § 1983 claims against the defendant, the City of New Orleans, is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

**IT IS FURTHER ORDERED** that Troy M. King's 42 U.S.C. § 1983 claims against the defendants, the State of Louisiana and the Department of Corrections, are **DISMISSED WITHOUT PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to pursuant to 28 U.S.C. § 1915(e) and § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 30th day of March, 2011.

_____
**UNITED STATES DISTRICT JUDGE**